Circuit Court for Anne Arundel County
                    *City or County*

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS:**
Plaintiff: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a). A copy must be included for each defendant to be served.
Defendant: You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS AN ANSWER OR RESPONSE.**

FORM FILED BY: [X] PLAINTIFF [ ] DEFENDANT    CASE NUMBER C-13-178443
                                                          (Clerk to insert)

CASE NAME: Marie Rice et al.         vs.    Wells Fargo Bank, N.A. et al.
                    Plaintiff                              Defendant

JURY DEMAND: [X] Yes [ ] No    Anticipated length of trial: ____ hours or 2 days
RELATED CASE PENDING? [ ] Yes [X] No    If yes, Case #(s), if known: ____

Special Requirements? [ ] Interpreter/communication impairment    Which language ____
(Attach Form 1-332 if Accommodation or Interpreter Needed)        Which dialect ____
                      [ ] ADA accommodation: ____

### NATURE OF ACTION (CHECK ONE BOX)   |   DAMAGES/RELIEF

**TORTS**
- [ ] Motor Tort
- [ ] Premises Liability
- [ ] Assault & Battery
- [ ] Product Liability
- [ ] Professional Malpractice
- [ ] Wrongful Death
- [ ] Business & Commercial
- [ ] Libel & Slander
- [ ] False Arrest/Imprisonment
- [ ] Nuisance
- [ ] Toxic Torts
- [ ] Fraud
- [ ] Malicious Prosecution
- [ ] Lead Paint
- [ ] Asbestos
- [X] Other
  FDCPA

**LABOR**
- [ ] Workers' Comp.
- [ ] Wrongful Discharge
- [ ] EEO
- [ ] Other ____

**CONTRACTS**
- [ ] Insurance
- [ ] Confessed Judgment
- [ ] Other ____

**REAL PROPERTY**
- [ ] Judicial Sale
- [ ] Condemnation
- [ ] Landlord Tenant
- [ ] Other ____

**OTHER**
- [ ] Civil Rights
- [ ] Environmental
- [ ] ADA
- [X] Other Consumer Protection

**A. TORTS**
Actual Damages
- [ ] Under $7,500
- [ ] $7,500 - $50,000
- [X] $50,000 - $100,000
- [ ] Over $100,000

- [ ] Medical Bills $ ____
- [ ] Property Damages $ ____
- [ ] Wage Loss $ ____

**B. CONTRACTS**
- [ ] Under $10,000
- [ ] $10,000 - $20,000
- [ ] Over $20,0000

**C. NONMONETARY**
- [ ] Declaratory Judgment
- [ ] Injunction
- [ ] Other ____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION
Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation [ ] Yes [X] No           C. Settlement Conference [X] Yes [ ] No
B. Arbitration [ ] Yes [X] No          D. Neutral Evaluation [ ] Yes [X] No

### TRACK REQUEST
With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.
THIS CASE WILL THEN BE TRACKED ACCORDINGLY.
- [ ] 1/2 day of trial or less           [ ] 3 days of trial time
- [ ] 1 day of trial time                [ ] More than 3 days of trial time
- [X] 2 days of trial time

PLEASE SEE PAGE TWO OF THIS FORM FOR INSTRUCTIONS PERTAINING TO THE BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM AND COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR), AS WELL AS ADDITIONAL INSTRUCTIONS IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY.

Date May 15, 2013           Signature ____

CC/DGM-002 (Rev 1-5/2009)               Page 1 of 3

*[Stamp:] CIVIL DEPARTMENT 2013 MAY 16 P 3:50*

TRUE COPY,
TEST: Robert P. Duckworth, Clerk
By: ____ Deputy

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|
| *For all jurisdictions, if Business and Technology track designation under Md. Rule 16-205 is requested, attach a duplicate copy of complaint and check one of the tracks below.* |

| ☐ Expedited<br>Trial within 7 months<br>of Filing | ☐ Standard<br>Trial within 18 months<br>of Filing |
|---|---|

☐ EMERGENCY RELIEF REQUESTED _____  _____
                                                                  Signature                                    Date

| COMPLEX SCIENCE AND/OR MEDICAL CASE MANAGEMENT PROGRAM (ASTAR) |
|---|
| *FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO AN ASTAR RESOURCE JUDGE under Md. Rule 16-202. Please check the applicable box below and attach a duplicate copy of your complaint.* |

| ☐ Expedited - Trial within 7 months of Filing | ☐ Standard - Trial within 18 months of Filing |
|---|---|

IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, PRINCE GEORGE'S COUNTY, OR BALTIMORE COUNTY PLEASE FILL OUT THE APPROPRIATE BOX BELOW.

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Standard-Short | Trial 210 days. |
| ☒ | Standard | Trial 360 days. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ | Asbestos | Events and deadlines set by individual judge. |
| ☐ | Protracted Cases | Complex cases designated by the Administrative Judge. |

### CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY

To assist the Court in determining the appropriate Track for this case, check one of the boxes below. This information is **not** an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.

☐ Liability is not conceded, but is not seriously in dispute.

☐ Liability is seriously in dispute.

| CIRCUIT COURT FOR BALTIMORE COUNTY | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |