IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF MARYLAND
(Northern Division)

FILED
US DISTRICT COURT
DISTRICT OF MARYLAND
2013 NOV 14 PM 2:55
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY
11/14/13

| | |
|---|---|
| IAN RICE<br>MARIE RICE<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. formerly<br>WELLS FARGO DEALER SERVICES, INC.<br>formerly WACHOVIA DEALER SERVICES, INC.<br><br>VITAL RECOVERY SERVICES, INC.<br><br>Defendants. | Case No. 13-cv-1828-ELH |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 111, counsel for Plaintiffs hereby states:

1. Plaintiffs filed this action against Defendant Wells Fargo Bank, N.A. and Vital Recovery Services, Inc.

2. The above-captioned action has been settled as against Defendant Vital Recovery Services, Inc. only.

3. Plaintiffs intend to continue to pursue all claims alleged against Defendant Wells Fargo Bank, N.A.

4. Plaintiffs and Defendant Vital Recovery Services, Inc. are to bear their own costs unless otherwise agreed.

5. This action as it relates to the claims asserted by Plaintiffs against Defendant Vital Recovery Services, Inc. should be dismissed without prejudice to the right of Plaintiffs or Defendant Vital Recovery Services, Inc. to move for good cause within thirty (30) days to reopen this action if settlement is not consummated.

6. If neither Plaintiffs nor Defendant Vital Recovery Services, Inc. reopens this matter within the time period described hereinabove, the dismissal shall be with prejudice as against Defendant Vital Recovery Services, Inc.

WHEREFORE, it is respectfully requested that this Court issue a Settlement Order pursuant to Local Rule 111 with respect to the claims filed by Plaintiff against Defendant Vital Recovery Services, Inc.

                                  Respectfully submitted,

                                  Z LAW, LLC

Dated: November 6, 2013         By:     */s/ 28191*
                                               Cory L. Zajdel, Esq. (Fed. Bar No. 28191)
                                               301 Main Street, Suite 2-D
                                               Reisterstown, Maryland 21136
                                               (443) 213-1977
                                               clz@zlawmaryland.com

                                               **Attorney for Plaintiffs**